No. 98–9424. TRULL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ▮

No. 98–9425. ZIGMUND v. NORKO ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 98–9426. CRAWFORD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–9430. JOHNSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–9437. PERELMAN v. RENO, ATTORNEY GENERAL, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 98–9438. HOBSON v. DEPARTMENT OF THE TREASURY. C. A. 6th Cir. Certiorari denied.

No. 98–9440. PERELMAN v. RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 98–9441. SMITH v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–9444. CHHIM v. CITY OF HOUSTON ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 98–9447. HANSON v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied. ▮

No. 98–9448. EGEOLU v. UNIVERSITY OF TEXAS AT SAN ANTONIO. C. A. 5th Cir. Certiorari denied. ▮

No. 98–9450. FRANKLIN v. GOODWIN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–9451. FRENCH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–9457. SUMTER v. SAYBOLT, INC. Super. Ct. N. J., App. Div. Certiorari denied.